JS-6/ENTER

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:   DATE:   DEPUTY CLERK:
Petitioner on 6-11-15 by TS



FILED
CLERK, U.S. DISTRICT COURT

June 11, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHARLES WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　　Respondent. | No. CV 13-5498-DFM<br><br>JUDGMENT |

In accordance with the Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: June 11, 2015

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge